UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| UNITED STATES OF AMERICA | § | Claim No: 2014A39792 |
|---|---|---|
| | § | |
| vs. | § | |
| | § | |
| Tyrone Smiley | | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Wayne County, Michigan within the jurisdiction of this Court and may be served with service of process at 16703 Whitcomb Street, Detroit, Michigan 48235-3879.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $2,799.91 |
| B. Current Capitalized Interest Balance and Accrued Interest | $5,014.88 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |

| | |
|---|---:|
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$7,814.79** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
    Holzman Corkery, PLLC
    Attorneys for Plaintiff
    Tamara Pearson (P56265)
    28366 Franklin Road
    Southfield, Michigan 48034
    (248) 352-4340
    usa@holzmanlaw.com

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS #1 OF 1

Tyrone Smiley
16703 Whitcomb Street
Detroit, MI 48235-3879
Account No. XXXXX0041

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 01/28/14.

On or about 03/25/91, the BORROWER executed promissory note(s) to secure loan(s) of $2,625.00 from Bank One Education Finance Group. This loan was disbursed for $2,625.00 on or about 04/25/91 at 8.00 % interest per annum. The loan obligation was guaranteed by Michigan Higher Education Assistance Authority, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 12/31/91, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,799.91 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 10/08/99, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $2,799.91 |
| Interest: | $4,944.92 |
| Total debt as of 01/28/14: | $7,744.83 |

Interest accrues on the principal shown here at the rate of $0.61 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/21/14

*[signature]*
Loan Analyst
Litigation Support Unit

# MICHIGAN GUARANTY AGENCY
## Application and Promissory Note for a Guaranteed Student Loan

9 3 2 7 3 0 0

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

### SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

- Social Security Number: (illegible)
- Last Name, First, M.I., Permanent Home Address: Smiley, Tyrone / 3041 Whitney / Detroit, MI 48206
- Birthdate: 12-5-62
- Driver's License State: MI — No: NONE
- U.S. Citizenship Status: Citizen

**References:**

| Name | Street, City, State, Zip | Area Code/Phone No. | Employer |
|---|---|---|---|
| Michael Smiley | 8846 Kimberly, Detroit MI 48208 | | Mich State Police |
| Marcey Walker | 4238 W. Euston, Det. MI 48210 | | Wayne C.C. |
| Alice Smiley | 8848 Kimberly, Det. MI 48208 | 565 | Cobo Hall |

- Intended Enrollment Status: Full-time
- Major Course of Study: 15
- Amount: 2625.00
- Loan Period For this Loan: From 3-91 to 6-91
- Have you ever defaulted on an Education Loan? No
- Do you have any unpaid student loans? No
- Total unpaid balance of your most recent GSL: 0.00
- Interest rate on your most recent GSL: 0 %
- Grade level of your most recent GSL: 0
- Beginning and ending dates of your most recent GSL: From 0 to 0
- Total unpaid balance of all your Guaranteed Student Loans or any portion of this loan included in your Consolidation Loan: 0.00
- Name and Address of Previous Lender, if any: None

SEE INSTRUCTIONS ON THE FRONT OF THE BOOKLET FOR ITEM 15.
15. PERMANENT RESIDENT OF / MI / SINCE MONTH /12/ YEAR /75/

### Promissory Note for a Guaranteed Student Loan

*Poor Source Original*
*Documents will be retained in portfolio*

Signature of Student Borrower: X Tyrone Smiley    Date: 3/25/91

### SECTION II — TO BE COMPLETED BY THE SCHOOL

- Name and Address of School:
  LAWTON SCHOOL FOR MEDICAL
  AND DENTAL ASSISTANTS
  660 PLAZA DRIVE, SUITE 2200
  DETROIT, MI 48226
- School Code: 012846
- Area Code/Phone No: 313-961-7936
- Grade Level: 1
- Anticipated Completion Date: 6-91
- Enrollment Period Covered by Loan: 3-11-91 to 6-7-91
- Family Adjusted Gross Income: 3000.00
- Estimated Cost of Attendance For Loan Period: 5201.00
- Estimated Financial Aid for Loan Period: 1533.00
- Expected Family Contribution: 1200.00
- Difference: 2468.00
- Recommended Disbursement Date: 3-11-91  4-15-91
- Signature of Authorized Fin. Aid Director: (signed)
- Type or Print Name and Title: SIDNEY TAYLOR, DIRECTOR OF FINANCIAL AID
- Date: 3/25/91

### SECTION III — TO BE COMPLETED BY THE LENDER

- Name and Address of lending institution:
  This application has been electronically transmitted by Whizkid
- Loan Amount Approved: 2625.00
- Lender Code: 805774
- Signature of Authorized Lending Official: Karen Ruecho
- Date: 3-26-91

USA Funds Form 115C 0487 B15
© Copyright 1987 USA Funds Inc. All rights reserved.
LENDER COPY A

BEST COPY AVAILABLE
AT TIME OF IMAGING